671 A.2d 1135

**PENNSYLVANIA LIQUOR CONTROL BOARD, Respondent,**

v.

**CAN, INC., Petitioner.**

Supreme Court of Pennsylvania.

Feb. 27, 1996.

*ORDER*

PER CURIAM:

AND NOW this 27th day of February, 1996, the Petition for Allowance of Appeal is GRANTED ONLY as to the issue of what is the appropriate scope of review for a trial court from a decision by the Liquor Control Board not to renew a licensee's liquor license pursuant to Section 464 of the Liquor Code, 47 P.S. § 4–464.

NEWMAN, J., did not participate in the consideration or decision of this matter.